

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Jamie Delaine Collard, Appellant

No. 06-22-00094-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law of Navarro County, Texas (Tr. Ct. No. C40453-CR). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the $180.00 entry under "Reimbursement Fees," and by deleting "$180.00 to TX DPS Crime Lab[oratory]" under the trial court's special findings and orders. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jamie Delaine Collard, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 1, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk